IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-188-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

1. **LESLIE RENEE HEE,**
2. **ELEANOR ALEXANDRA WILFLEY, a/k/a "ALI"**
3. **ANNA CAMILLE WENTER, a/k/a "ANA"**
7. **DANIEL R. LAURENCE,**
9. **JOSLYN TORRES, a/k/a "JOSELYN",**

        Defendants.

## MINUTE ORDER
## SETTING TRIAL DATE AND OTHER DEADLINES

Kane, J.

All pretrial motions in this matter are due on or before **June 7, 2011;** responses to these motions are due **June 22, 2011**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **June 30, 2011, at 2:00 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

FURTHER ORDERED that an **8-day jury trial** is set for **July 11, 2011 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  May 18, 2011