**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tamara Hoffschildt<br>Probation Officer: Gary R. Kruck | Date:  February 9, 2012 |

Criminal Action No.: 11-cr-00188-JLK-2

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | M.J. Menendez<br>Robert E. Mydans |
| Plaintiff, | |
| v. | |
| 2.     ELEANOR WILFLEY, | Paula M. Ray |
| Defendant. | |

**SENTENCING MINUTES**

**2:22 p.m.     Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

Preliminary remarks by the Court.

**Change of Plea Hearing: November 17, 2011.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:** Government's Motion To Dismiss Counts Two, Three, Four, Five, Six, Eight, Eighteen, Nineteen, Twenty-Two, Twenty-Three, Twenty-Four, And Twenty-Nine Against Defendant Eleanor "Ali" Wilfley (Filed 11/16/11; Doc. No. 226) is GRANTED.

**ORDERED:** Defendant's Objection as stated in Doc. No. 268 is WITHDRAWN.

*11-cr-00188-JLK-2*
*Sentencing*
*February 9, 2012*

**ORDERED:** **Government's Motion for Upward Departure In Term Of Supervised Release And Response To Objection To Special Condition 98 - Residence In A Re-Entry Center Post-Incarceration (Filed 1/27/12; Doc. No. 271) is DENIED.**

**ORDERED:** **Government's Motion For Downward Departure For Substantial Assistance Under United States Sentencing Guideline § 5K1.1 (Filed 1/27/12; Doc. No. 272) is DENIED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to Count One to probation for a term of **5 Years**.

**Conditions of probation:**
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions probation:**
- (X)    Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X)    Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X)    Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist.
- (X)    Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.  Defendant shall not ingest any type of prescription medication unless specifically

*11-cr-00188-JLK-2*
*Sentencing*
*February 9, 2012*

              approved in writing by the probation officer.
(X)    Defendant shall participate in and complete the program at the Stout Street Foundation.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:44 p.m.**    **Court in recess.**
Hearing concluded.
Total in-court time: 22 minutes.