IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-188-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2. ELEANOR ALEXANDRA WILFLEY,**

        Defendant.

---

**AMENDED ORDER EXONERATING BOND**
*(Correcting Date of Order)*

---

Kane, J.

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant has been released and reported to her treatment center, as confirmed by the U.S. Probation Department. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 16th day of February, 2012.

        BY THE COURT:

        *s/John L. Kane*
        SENIOR U.S. DISTRICT JUDGE

1