IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:11-cr-00188-JLK-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ELEANOR ALEXANDRA WILFLEY,

       Defendant.

---

**ORDER REGARDING REQUEST FOR COMPLIANCE REVIEW HEARING FOR VIOLATIONS OF PROBATION**

---

THIS MATTER is before the Court upon request by the probation officer to schedule a compliance review hearing to address her violation conduct.

HAVING considered the probation officer's petition, the Court requires the defendant to appear personally in chambers on Monday, March 7, 2016, at 10:00 a.m., 901 19th Street, Room A838, Denver, Colorado.  Counsel for the government and the defendant are encouraged to attend, but not required to do so.  The proceedings will be informal and not recorded unless requested by either party.

DATED at Denver, Colorado, this 1st day of March, 2016.

       BY THE COURT:

       *John L. Kane*
       John L. Kane
       Senior United States District Court Judge